```
         IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  HOT SPRINGS DIVISION
```

| | |
|---|---|
| JOSEPH McADAMS; JBM, LLC; FLORIAN HOMM; ABSOLUTE RETURN EUROPE FUND, LTD; THE LOYR FOUNDATIONS; EUROPE CATALYST FUND; and RICHARD SMYTH; | PLAINTIFFS |
| v.   CASE NO. 06-6020 | |
| WILLIAM McCORD; DANIEL MOUDY; LYNN BRADLEY; DAVID COLWELL; and MOORE STEPHENS FROST, PLC; | DEFENDANTS |
| WILLIAM McCORD; | COUNTER CLAIMANT |
| v. | |
| JOSEPH McADAMS and FLORIAN HOMM; | COUNTER DEFENDANTS |
| DANIEL MOUDY and WILLIAM McCORD; | THIRD PARTY PLAINTIFFS |
| v. | |
| UCAP, INC.; | THIRD PARTY DEFENDANT |

## J U D G M E N T

For reasons set forth in the Order filed on August 28, 2007 (Doc. 64), Defendants' Second Joint Motion to Dismiss Claims of Plaintiff Richard Smyth (Doc. 48) is GRANTED, the Motion to Dismiss Plaintiffs' Second Amended Complaint by Defendant McCord (Doc. 50) is GRANTED, the Motion to Dismiss Plaintiffs' Second Amended Complaint by Defendant Moudy (Doc. 52) is GRANTED IN PART AND DENIED IN PART, and the Motion to Dismiss the Second Amended Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) by Defendant Moore Stephens Frost, PLC (Doc. 54) is GRANTED.

Plaintiff's Second Amended Complaint is DISMISSED as to all claims against all Defendants except for the breach of fiduciary claim against Defendant Moudy.  **The parties have thirty days from entry of this judgment on the docket in which to appeal.**

   IT IS SO ORDERED this 6th day of September 2007.

                              /s/ Robert T. Dawson
                              Honorable Robert T. Dawson
                              United States District Judge

AO72A
(Rev. 8/82)