IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

| | |
|---|---|
| JOSEPH McADAMS; JBM, LLC; FLORIAN HOMM; ABSOLUTE RETURN EUROPE FUND, LTD; THE LOYR FOUNDATIONS; EUROPE CATALYST FUND; and RICHARD SMYTH | PLAINTIFFS |
| VS.                              NO. 06-6020 | |
| WILLIAM McCORD; DANIEL MOUDY; LYNN BRADLEY; DAVID COLWELL; and MOORE STEPHENS FROST, PLC; | DEFENDANTS |
| WILLIAM McCORD | COUNTER-CLAIMANT |
| VS. | |
| JOSEPH McADAMS and FLORIAN HOMM | COUNTER-DEFENDANTS |
| DANIEL MOUDY and WILLIAM McCORD | THIRD-PARTY PLAINTIFFS |
| VS. | |
| UCAP, INC. | THIRD-PARTY DEFENDANT |

ORDER

Now on this 7th day of January, 2009, the plaintiffs, defendants William McCord and Daniel Moudy, and third party defendant UCAP, Inc. have advised the court that a settlement agreement has been reached regarding their claims against each other. Accordingly:

1. The claims of defendant/counter-claimant William McCord against plaintiffs/counter-defendants Joseph McAdams and Florian Homm are hereby dismissed with prejudice;

2. The claims of defendant/third-party plaintiff Daniel Moudy against third-party defendant UCAP, Inc. are hereby dismissed with prejudice; and

3. The claims of plaintiffs Joseph McAdams, JBM, LLC, Florian Homm, Absolute Return Europe Fund, Ltd., The Loyr Foundations, Europe Catalyst Fund and Richard Smyth against defendants William McCord and Daniel Moudy, to the extent not already dismissed with prejudice, are hereby dismissed with prejudice.

IT IS SO ORDERED.

_____
ROBERT T. DAWSON
UNITED STATES DISTRICT JUDGE

U S DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

JAN 07 2009

CHRIS R. JOHNSON, CLERK

BY _____ DEPUTY CLERK