IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

| | |
|---|---|
| JOSEPH McADAMS; JBM, LLC; FLORIAN HOMM; ABSOLUTE RETURN EUROPE FUND, LTD.; THE LOYR FOUNDATIONS; EUROPE CATALYST FUND; AND RICHARD SMYTH; | PLAINTIFFS |
| v.   CASE NO. 06-6020 | |
| WILLIAM McCORD; DANIEL MOUDY; LYNN BRADLEY; DAVID COLWELL; and MOORE STEPHENS FROST, PLC; | DEFENDANTS |
| WILLIAM McCORD, | COUNTER CLAIMANT |
| v. | COUNTER DEFENDANTS |
| JOSEPH McADAMS and FLORIAN HOMM, | THIRD-PARTY PLAINTIFFS |
| DANIEL MOUDY and WILLIAM McCORD, | |
| v. | THIRD-PARTY DEFENDANT |
| UCAP, INC., | |

## NOTICE OF APPEAL

Plaintiffs Joseph McAdams; JBC, LLC; Florian Homm; Absolute Return Europe Fund, Ltd.; The Loyr Foundations; Europe Catalyst Fund; and Richard Smyth hereby appeal to the United States Court of Appeals for the Eighth Circuit from the final judgment entered as to Defendant Moore Stephen Frost, PLC on January 7, 2009 and the orders upon which that judgment is based.

Specifically, Plaintiffs appeal from the Memorandum Order signed on August 28, 2007, granting Defendant Moore Stephen Frost, PLC's Motion to Dismiss Plaintiffs' Second Amended Complaint

Dated: February 2, 2009                                  CAULEY BOWMAN CARNEY &
                                                                                WILLIAMS, PLLC

                                                              By:_____/s/ T. Brent Walker_____
                                                                      T. Brent Walker
                                                                      Arkansas Bar No. 2002152
                                                                      11311 Arcade Drive, Suite 200
                                                                      Little Rock, Arkansas 72212
                                                                      (501) 312-8500 - Telephone
                                                                      (501) 312-8505) - Facsimile

                                                                      LIGHTMAS & DELK
                                                              _____Glenn A. Delk
                                                                      Georgia Bar No. 216950
                                                                      1335 Peachtree St., N.E.
                                                                      Atlanta, Georgia 30309
                                                                      (404) 876-3335 - Telephone
                                                                      (404) 876 -3338 - Telecopier

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 2, 2009, a true and correct copy of the above and foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

Glenn A. Delk
glenndelk@mindspring.com
suzannedebow@mindspring.com

Roger Christopher Lawson
lawson@fec.net

David D. Wilson
wilson@fec.net
brinda@fec.net

Lyn Pruitt
lpruit@mwsgw.com

Christian R. Batholomew
cbartholomew@morganlewis.com

Jill Baisinger
jbaisginer@morganlewis.com

                                                            /s/ T. Brent Walker
                                                            AR Bar No. 2002152